657 A.2d 434

IN THE MATTER OF ARTHUR N. MARTIN, JR., AN ATTORNEY AT LAW.

May 5, 1995.

### ORDER

This matter having been duly presented to the Court on the motion of **ARTHUR N. MARTIN, JR.,** for the termination of the proctorship ordered by the Court on September 6, 1991, and good cause appearing;

It is ORDERED that the motion to terminate the proctorship imposed by the Court's Order of September 6, 1991, is granted.

WITNESS, the Honorable Robert N. Wilentz, Chief Justice, at Trenton, this 26th day of April, 1995.